

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00341-CV

**BEXAR COUNTY CIVIL SERVICE COMMISSION**,
Appellant

v.

Carmella **GUERRERO**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-08758
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is affirmed. Costs of appeal are assessed against appellant, Bexar County Civil Service Commission.

SIGNED August 17, 2016.

_____
Jason Pulliam, Justice